UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LAWRENCE M. MARTIN, | ) | CASE NO.: C06-1092-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR APPOINTMENT OF |
| JEFF UTTECHT, | ) | COUNSEL |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter comes before the Court on petitioner's motion for appointment of counsel. The Court, having reviewed petitioner's motion, and the balance of the record, does hereby find and ORDER as follows:

(l) Petitioner's motion for appointment of counsel (Dkt. No. 16) is DENIED. There is no constitutional right to counsel in federal habeas proceedings. *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1991). The Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A. However, petitioner fails to satisfy the Court that the interests of justice are best served by appointment counsel at this time.

ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -1

01          (2)     The Clerk shall direct copies of this Order to petitioner and to the Hon. Robert S.

02 Lasnik.

03          DATED this 22nd day of August, 2006.

                                                   /s/ Mary Alice Theiler
                                                   Mary Alice Theiler
                                                   United States Magistrate Judge

ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2