01

02

03

04

05                     UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
06                            AT SEATTLE

07   LAWRENCE M. MARTIN,              )   CASE NO.: C06-1092-RSL
                                      )
08          Petitioner,               )
                                      )
09      v.                            )   ORDER TRANSFERRING § 2254
                                      )   PETITION
10   JEFF UTTECHT,                    )
                                      )
11          Respondent.               )
     _____)
12

13          The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to

14   28 U.S.C. § 2254, respondent's answer to the petition, petitioner's traverse, the Report and

15   Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any

16   objections thereto, and the balance of the record, does hereby find and ORDER:

17          (1)     The Court adopts the Report and Recommendation;

18          (2)     This case is TRANSFERRED to the Ninth Circuit Court of Appeals, in the

19                  interests of justice, pursuant to 28 U.S.C. § 1631 and Circuit Rule 22-3(a).

20                  Petitioner is advised that this transfer does not of itself constitute compliance with

21                  § 2244(b)(3) and Circuit Rule 22-3.  He must still file a motion for leave to

22                  proceed in the Ninth Circuit and make the showing required by § 2244(b)(2); and

ORDER TRANSFERRING § 2254 PETITION
PAGE -1

01      (3)     The Clerk is directed to close this case and transfer all original documents to the

02      Ninth Circuit Court of Appeals.  The Clerk is further directed to send a copy of

03      this Order to petitioner, to counsel for respondent, and to Judge Theiler.

04    DATED this 3rd day of January, 2007.

05

06

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER TRANSFERRING § 2254 PETITION
PAGE - 2