# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

LAWRENCE M. MARTIN,

    Petitioner,

    v.

JEFF UTTECHT,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: <u>C06-1092-RSL</u>

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Report and Recommendation is adopted and approved. This case is TRANSFERRED to the Ninth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and Circuit Rule 22-3(a).

Dated this 3rd day of January, 2007.

    BRUCE RIFKIN
    Clerk

    s/ Rhonda Stiles
    Deputy Clerk